UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16cv208-FDW

| | |
|---|---|
| **CHRISTOPHER CHARLES HARRIS,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **ERIC DYE,** ) <br> ) <br> Respondent. ) <br> _____) | **ORDER** |

The Court has received Petitioner Christopher Charles Harris's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and application to proceed in forma pauperis ("IFP"), which were docketed in this Court on November 10, 2016.

Federal law requires that a petitioner seeking habeas review of his state conviction and/or sentence in federal district court pay a filing fee in the amount of $5.00 or be granted leave to proceed without prepayment of fees and costs. Rule 3(2) of the Rules Governing Section 2254 Cases in the United States District Courts requires a prisoner's habeas petition be accompanied by "a motion for leave to proceed in forma pauperis, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."

Petitioner has filed the required motion and affidavit. Respondent shall be directed to file the required account statement.

**IT IS, THEREFORE, ORDERED** that:

1. Respondent shall provide the Court a certified copy of the prison trust account

1

statement for inmate Christopher Charles Harris, #0169352, covering the six (6) month period immediately preceding the filing of the above-captioned action;

2. By copy of this Order, the North Carolina Department of Public Safety official responsible for certification of inmate trust account statements is hereby notified of this requirement and shall provide Respondent a certified copy of Petitioner's trust account statement for the six (6) month period immediately preceding the filing of the above-captioned action; and

3. Respondent shall file the above requested document with the Clerk of Court within twenty-one (21) days of entrance of this Order.

**IT IS SO ORDERED.**

Signed: November 18, 2016

Frank D. Whitney
Chief United States District Judge